# STATE OF MICHIGAN

# COURT OF APPEALS

TERI WALTERS and KIM WALTERS,

Plaintiffs-Appellants,

v

DONALD S. FALIK, D.D.S., d/b/a FALIK
FAMILY DENTISTRY, ROBERT C. FALIK,
D.D.S., and JANE DOE,

Defendants-Appellees.

UNPUBLISHED
August 16, 2016

No. 319016
Eaton Circuit Court
LC No. 12-000658-NH

ON REMAND

Before: MURPHY, P.J., and METER and SERVITTO, JJ.

METER, J. (*dissenting*).

I respectfully dissent for the same reasons expressed in my earlier dissenting opinion. *Walters v Falik*, unpublished opinion per curiam of the Court of Appeals, issued January 29, 2015 (Docket No. 319016) (METER, J., dissenting). If anything, *Elher v Misra*, 499 Mich 11; ___ NW2d ___ (2016), serves to strengthen my position.

I would affirm the trial court's ruling.

/s/ Patrick M. Meter

-1-